IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEATH ERBERT, and TOPP'S MECHANICAL, INC., a domestic corporation, | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:10CV3196 |
| v. | ) ) | |
| KONECRANES STANDARD LIFTING CORP., a foreign corporation, MORRIS MATERIAL HANDLING, INC., a foreign corporation, KONECRANES, INC., a foreign corporation, BLACK AND VEATCH CONSTRUCTION, INC., a foreign corporation, and CASEY INDUSTRIAL, INC., a foreign corporation, | ) ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

1) Defendant Konecranes' Motion for Leave, (filing no. 63), is granted.

2) On or before June 25, 2012, Konecranes shall file its third party complaint, a copy of which is attached to its motion.

3) The clerk shall sign, seal, and return the attached summons to Konecranes counsel for service upon the Third Party Defendants Miron Construction Co. and Industrial Electrical Services, Inc., d/b/a Kayton Electric, Inc..

DATED this 18th day of June, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEATH ERBERT and TOPP'S MECHANICAL, INC., a domestic corporation,<br><br>Plaintiffs,<br><br>-vs-<br><br>BLACK AND VEATCH CONSTRUCTION, INC., a foreign corporation; and CASEY INDUSTRIAL INC., a foreign corporation,<br><br>Defendants,<br><br>KONECRANES STANDARD LIFTING CORP., a foreign corporation; MORRIS MATERIAL HANDLING, INC., d/b/a Konecranes Americas, a foreign corporation; KONECRANES, INC., d/b/a Crane Pro Services, a foreign corporation;<br><br>Defendants/Third-Party Plaintiffs<br><br>-vs-<br><br>PUBLIC POWER GENERATION AGENCY, MIRON CONSTRUCTION, CO., AND INTEGRATED ELECTRIC SYSTEMS, INC., d/b/a Kayton Electric Inc. | CASE NO. 4:10 CV-3196<br><br><br><br><br><br><br><br><br><br>**SUMMONS ON A THIRD-PARTY COMPLAINT** |

TO: Miron Construction Co.
    Registered Agent: National Corporation Research, Ltd.
    6003 Old Cheney Road
    P. O. Box 6169
    Lincoln, Nebraska 68501-0169

A lawsuit has been filed against Defendants, Konecranes Standard Lifting Corp., a foreign corporation; Morris Material Handling, Inc., d/b/a Konecranes Americas, a foreign

corporation; and Konecranes, Inc., d/b/a Crane Pro Services, a foreign corporation, who as Third-Party Plaintiffs are making a claim against you to pay part or all of what Defendants may owe to the Plaintiff, Heath Erbert.

Within 21 days after services of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the Plaintiff and on the Defendant an Answer to the attached Third-Party Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure. The Answer or Motion must be served on the Defendants or Defendants' attorney, who names and address are:

> Stephen G. Olson, II
> Kristina J. Kamler
> ENGLES, KETCHAM, OLSON & KEITH, P.C.
> 1350 Woodmen Tower
> Omaha, Nebraska 68102

It must also be served on the Plaintiffs' attorneys and the other Defendants' attorney, whose names and addresses are:

> Kelly K. Brandon
> Michael J. Dyer
> 10730 Pacific Street, Suite 111
> Omaha, Nebraska 68114
> **Attorney for Plaintiff, Heath Erbert**

> Brett D. Chardavoyne
> The Law Offices of Brett D. Chardavoyne, LLC
> 1660 Lincoln Street
> Suite 1700
> Denver, CO 80264
> Email: chardavoyne@bdclawfirm.com

> And

> Matthew J. Buckley
> HANSEN, LAUTENBAUGH LAW FIRM
> 1905 Harney Street
> Suite 224
> Omaha, NE 68102
> **Attorney for Plaintiff, Topp's Mechanical, Inc.**

Bruce A. Smith
Woods & Aitken LLP
301 South 13th Street, Suite 500
Lincoln, Nebraska 68508
Email: BSmith@woodsaitken.com
**Attorney for Defendants, Black and Veatch Corporation, Inc. and Casey Industrial, Inc.**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Third-Party Complaint. You also must file the Answer or Motion with the Court and serve it on any other parties.

A copy of the Plaintiff's First Amended Complaint is also attached. You may – but are not required to – respond to it.

Date:_____                         CLERK OF COURT


                                                            _____
                                                            *Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEATH ERBERT and TOPP'S MECHANICAL, INC., a domestic corporation,<br><br>    Plaintiffs,<br><br>-vs-<br><br>BLACK AND VEATCH CONSTRUCTION, INC., a foreign corporation; and CASEY INDUSTRIAL INC., a foreign corporation,<br><br>    Defendants,<br><br>KONECRANES STANDARD LIFTING CORP., a foreign corporation; MORRIS MATERIAL HANDLING, INC., d/b/a Konecranes Americas, a foreign corporation; KONECRANES, INC., d/b/a Crane Pro Services, a foreign corporation;<br><br>    Defendants/Third-Party Plaintiffs<br><br>-vs-<br><br>PUBLIC POWER GENERATION AGENCY, MIRON CONSTRUCTION, CO., AND INTEGRATED ELECTRIC SYSTEMS, INC., d/b/a Kayton Electric Inc. | CASE NO. 4:10   CV-3196<br><br><br><br><br><br><br><br>**SUMMONS ON A THIRD-PARTY COMPLAINT** |

TO:   Industrial Electrical Services, Inc., d/b/a Kayton Electric, Inc.
        Registered Agent:  CT Corporation System
        1024 "K" Street
        Lincoln, NE  68508

    A lawsuit has been filed against Defendants, Konecranes Standard Lifting Corp., a foreign corporation; Morris Material Handling, Inc., d/b/a Konecranes Americas, a foreign corporation; and Konecranes, Inc., d/b/a Crane Pro Services, a foreign corporation, who as Third-Party Plaintiffs are making a claim against you to pay part or all of what Defendants may owe to the Plaintiff, Heath Erbert.

Within 21 days after services of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the Plaintiff and on the Defendant an Answer to the attached Third-Party Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure. The Answer or Motion must be served on the Defendants or Defendants' attorney, who names and address are:

Stephen G. Olson, II
Kristina J. Kamler
ENGLES, KETCHAM, OLSON & KEITH, P.C.
1350 Woodmen Tower
Omaha, Nebraska 68102

It must also be served on the Plaintiffs' attorneys and the other Defendants' attorney, whose names and addresses are:

Kelly K. Brandon
Michael J. Dyer
10730 Pacific Street, Suite 111
Omaha, Nebraska 68114
**Attorney for Plaintiff, Heath Erbert**


Brett D. Chardavoyne
The Law Offices of Brett D. Chardavoyne, LLC
1660 Lincoln Street
Suite 1700
Denver, CO 80264
Email: chardavoyne@bdclawfirm.com

And

Matthew J. Buckley
HANSEN, LAUTENBAUGH LAW FIRM
1905 Harney Street
Suite 224
Omaha, NE 68102
**Attorney for Plaintiff, Topp's Mechanical, Inc.**

Bruce A. Smith
Woods & Aitken LLP
301 South 13th Street, Suite 500
Lincoln, Nebraska 68508
Email: BSmith@woodsaitken.com
**Attorney for Defendants, Black and Veatch Corporation, Inc. and Casey Industrial, Inc.**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Third-Party Complaint. You also must file the Answer or Motion with the Court and serve it on any other parties.

A copy of the Plaintiff's First Amended Complaint is also attached. You may – but are not required to – respond to it.

Date:_____  CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*