IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEATH ERBERT,  TOPP'S MECHANICAL, INC., a domestic corporation;<br><br>          Plaintiffs,<br><br>     vs.<br><br>KONECRANES STANDARD LIFTING CORP., a foreign corporation;  MORRIS MATERIAL HANDLING, INC., a foreign corporation;  KONECRANES, INC., a foreign corporation;  BLACK AND VEATCH CONSTRUCTION, INC., a foreign corporation; and  CASEY INDUSTRIAL, INC., a foreign corporation;<br><br>          Defendants. | **4:10CV3196**<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

The motion to withdraw filed by Brett D. Chardavoyne as counsel of record on behalf of plaintiff Topp's Mechanical, Inc., (filing no. 93), is granted.

August 8, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge