IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEATH ERBERT,  TOPP'S MECHANICAL, INC., a domestic corporation;<br><br>           Plaintiffs,<br><br>     vs.<br><br>KONECRANES STANDARD LIFTING CORP., a foreign corporation;  MORRIS MATERIAL HANDLING, INC., a foreign corporation;  KONECRANES, INC., a foreign corporation;  BLACK AND VEATCH CONSTRUCTION, INC., a foreign corporation;  CASEY INDUSTRIAL, INC., a foreign corporation; and  TOPP'S MECHANICAL, INC., a domestic corporation;<br><br>           Defendants. | 4:10CV3196<br><br>**MEMORANDUM AND ORDER** |

After conferring with the parties,

IT IS ORDERED:

1) The court's previous progression order, (Filing No. 46), is set aside, and all deadlines and hearings therein are cancelled.

2) At this time, the parties' discovery efforts will be focused on preparing for additional mediation. The discovery needed for full participation in mediation shall be completed by March 31, 2013.

3) A telephonic conference with the undersigned magistrate judge will be held on **May 30, 2013** at **9:00 a.m.** to discuss the status of the parties' settlement discussions.  Counsel for plaintiff shall place the call.

October 23, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge