IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEATH ERBERT and TOPP'S MECHANICAL, INC., a domestic corporation, | ) ) ) ) | CASE NO. 4:10CV3196 |
| Plaintiffs, | ) ) ) ) | |
| -vs- | ) ) | |
| BLACK AND VEATCH CONSTRUCTION, INC., a foreign corporation; and CASEY INDUSTRIAL INC., a foreign corporation, | ) ) ) ) | **ORDER** |
| Defendants, | ) ) | |
| KONECRANES STANDARD LIFTING CORP., a foreign corporation; MORRIS MATERIAL HANDLING, INC., d/b/a Konecranes Americas, a foreign corporation; KONECRANES, INC., d/b/a Crane Pro Services, a foreign corporation; | ) ) ) ) ) ) ) | |
| Defendants/Third-Party Plaintiffs | ) ) | |
| -vs- | ) ) | |
| MIRON CONSTRUCTION CO. and INTEGRATED ELECTRICAL SERVICES, INC., d/b/a Kayton Electric, Inc., | ) ) ) ) | |
| Third-Party Defendants. | ) | |

This matter is before the Court on Plaintiff, Heath Erbert, and Defendants, Konecranes Standard Lifting Corp., Morris Material Handling, Inc., and Konecranes, Inc.'s, (collectively "Movants") Motion to Compel Attendance at Mediation. (Filing No. 121).

- 2 -

IT IS SO ORDERED:

All parties and their representative(s) are required to attend the scheduled mediation on September 9, 2013.  The representatives attending shall have full settlement authority to resolve all claims at said mediation.

DATED this 29th day of August, 2013.

BY THE COURT:

_____
CHERYL R. ZWART
United States Magistrate Judge
